JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMNATH CHATTOPADHYAY,<br><br>Plaintiffs,<br><br>vs.<br><br>AEROFLOT RUSSIAN AIRLINES,<br><br>Defendants. | CASE NO. CV 11-00443-MMM(RZx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: October 19, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE